**Kimberly LETKE, Plaintiff–Appellant,**

v.

**WELLS FARGO HOME MORTGAGE,
Defendant–Appellee,**

and

**CEO John Stumpf; Adam Velde,
Mortgage Specialist,
Defendants.**

No. 15–2460.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2016.

Decided: May 23, 2016.

counteraffidavits or other appropriate materials, and give him a reasonable opportunity to respond).

Kimberly Letke, Appellant Pro Se. Michael S. Barranco, Treanor, Pope & Hughes, PA, Towson, Maryland, for Appellee.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Letke appeals the district court's order granting summary judgment to Wells Fargo Home Mortgage, on her state law claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Letke v. Wells Fargo Home Mortg.*, No. 1:12–cv–03799–RDB, 2015 WL 6163517 (D.Md. Oct. 19, 2015). We deny Letke's motion to seal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*